**RIMAC MARTIN, P.C.**
ANNA M. MARTIN, ESQ. (SBN 154279)
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendants:
UNUM LIFE INSURANCE COMPANY
and NORTHROP GRUMMAN CORPORATION
LONG TERM DISABILITY PLAN

**KANTOR & KANTOR, LLP**
GLENN R. KANTOR, ESQ. (SBN 122643)
gkantor@kantorlaw.net
NIAMH E. DOHERTY, ESQ. (SBN 260749)
ndoherty@kantorlaw.net
19839 Nordhoff Street
Northridge, CA 91324

Attorneys for Plaintiff:
ISIDRO QUINTAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*E-FILING*

| | |
|---|---|
| ISIDRO QUINTAS, | CASE NO. 10-CV-2987 (TEH) |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER REGARDING EXTENSION OF TIME** |
| UNUM LIFE INSURANCE COMPANY; NORTHROP GRUMMAN CORPORATION LONG TERM DISABILITY PLAN, , | **First Request** |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the plaintiff, ISIDRO QUINTAS and defendants UNUM LIFE INSURANCE COMPANY and NORTHROP GRUMMAN

-1-

**QUINTAS v. UNUM, et al.**
**STIP AND ORDER RE EXTENSION OF TIME**         CASE NO. **10-CV-2987 (TEH)**

1 | CORPORATION LONG TERM DISABILITY PLAN, by and through their counsel of record
2 | herein, that the time for defendants to answer or otherwise respond to plaintiff's complaint be
3 | extended to August 26, 2010.

    Good cause exist for this extension because counsel for defendants will be on vacation from August 1, 2010 through August 11, 2010.

    The extension of time is through and including August 26, 2010.

DATED: July 28, 2010          Respectfully submitted,

KANTOR & KANTOR, LLP

By: /s/ GLENN R. KANTOR
Glenn R. Kantor
Niamh E. Doherty
Attorneys for Plaintiff:
ISIDRO QUINTAS

DATED: July 28, 2010          Respectfully submitted,

RIMAC MARTIN

By: /s/ ANNA M. MARTIN
Anna M. Martin
Attorneys for Defendants:
UNUM LIFE INSURANCE COMPANY
and NORTHROP GRUMMAN LONG TERM
DISABILITY PLAN

1  IT IS SO ORDERED.
2
3
4  Dated: July 30, 2010          By: _____
                                     The Honorable Thelton E. Henderson
5                                    Judge of the United States
                                     District Court Northern District of
6                                    California
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

QUINTAS v. UNUM, et al.
STIP AND ORDER RE EXTENSION OF TIME          CASE NO. 10-CV-2987 (TEH)