IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISIDRO QUINTAS,

                Plaintiff,

      v.

UNUM LIFE INSURANCE COMPANY, et al.,

                Defendants.

NO. C10-2987 TEH

ORDER SETTING BRIEFING SCHEDULE

On August 25, 2010, Defendants noticed a motion to dismiss and motion to transfer for hearing on October 18, 2010. IT IS HEREBY ORDERED that Plaintiff's opposition or statement of non-opposition to this motion shall be filed on or before **September 20, 2010,** and Defendants' reply shall be filed on or before **September 27, 2010.**

**IT IS SO ORDERED.**

Dated: 08/31/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT