IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISIDRO QUINTAS,

                Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY, et al.,

                Defendants.

NO. C10-2987 TEH

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND TRANSFER

Defendants' unopposed motion to dismiss Defendant Unum Life Insurance Company ("Unum") and to transfer this case to the Central District of California is GRANTED. Defendant Unum is dismissed without prejudice, and the Clerk shall close the file and transfer this case to the Central District of California.

**IT IS SO ORDERED.**

Dated: 09/23/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT