JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO QUINTAS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY; NORTHROP GRUMMAN CORPORATION LONG TERM DISABILITY PLAN,<br><br>    Defendants. | CASE NO.  CV 10-7180 JAK (RCx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**ORDER**

The parties having so stipulated, IT IS HEREBY ORDERED that the captioned action is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  The parties shall each bear their own respective attorney fees and costs of suit.

IT IS SO ORDERED.

DATED: September 7, 2011

_____
The Honorable John A. Kronstadt
US District Court Judge

1